No. 530. MENDE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George M. Bryant* and *Walter M. Campbell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 536. UNITED STATES *v.* GAVAGAN ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *David L. Rose* for the United States. *Chester Bedell* and *Nathan Bedell* for respondents.

No. 537. ENNIS ET AL. *v.* EVANS ET AL. C. A. 3d Cir. Certiorari denied. *Januar D. Bove, Jr.,* Attorney General of Delaware, *James M. Tunnell, Jr.* and *Everett F. Warrington* for petitioners. *Louis L. Redding* for respondents.

No. 540. FACTOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Robert E. Sher, Isadore G. Alk* and *Jack B. Rubin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Victor A. Altman* for respondent.

No. 541. PIASECKI AIRCRAFT CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *K. Norman Diamond, James J. Davis* and *Lowell Goerlich* for petitioner.

No. 542. GRACE LINE, INC., *v.* FEDERAL MARITIME BOARD. C. A. 2d Cir. Certiorari denied. *Lawrence J. McKay* for petitioner. *Solicitor General Rankin, Assistant Attorney General Bicks, Irwin A. Seibel* and *Robert E. Mitchell* for respondent.